UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIA A. BARNETT,

                    Plaintiff,

         v.

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

Case No.  1:25-cv-00862-BAM

**ORDER ON APPLICATION TO
PROCEED *IN FORMA PAUPERIS* AND
DIRECTING CLERK TO ISSUE
SUMMONS AND SCHEDULING ORDER**

(Doc. 2)

         Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted.  28 U.S.C. § 1915(a).  Accordingly, IT IS HEREBY ORDERED as follows:

         1.  Plaintiff's application to procced *in forma pauperis* is GRANTED;

         2.  The Clerk of the Court is directed to issue new case documents, including the Scheduling Order;

         3.  The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

         Dated:   **July 16, 2025**                            ___/s/ *Barbara A. McAuliffe*___
                                                                      UNITED STATES MAGISTRATE JUDGE

1