HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile: (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JULIA A. BARNETT, ) | Case No. 1:25-cv-00862-BAM |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER |
| ) | |
| FRANK BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until November 12, 2025, in which to e-file her Motion for Summary Judgment which is due on October 13, 2025. Defendant shall file any opposition, including cross-motion, on or before December 12, 2025. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated:   October 1, 2025           */s/HARVEY P. SACKETT*

1

STIPULATION AND ORDER

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

HARVEY P. SACKETT
Attorney for Plaintiff
JULIA A. BARNETT

Dated:   October 1, 2025              */s/OSCAR GONZALEZ DE LLANO*
OSCAR GONZALEZ DE LLANO
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 10/1/25]

STIPULATION AND ORDER

# **ORDER**

Based upon the parties' stipulation, and for cause shown, IT IS ORDERED that:

- Plaintiff shall have a 30-day extension of time, from October 13, 2025 to November 12, 2025, for Plaintiff to serve Defendant with Plaintiff's motion for summary judgment;
- Defendant shall file any opposition, including cross-motion, on or before December 12, 2025; and
- All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **October 2, 2025**                    /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE

3

STIPULATION AND ORDER