HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA A. BARNETT,<br><br>　　　Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Case No. 1:25-cv-00862-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

　　　Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a twenty-one (21) day extension of time until December 3, 2025, in which to e-file her Motion for Summary Judgment which is due on November 12, 2025. Defendant shall file any opposition, including cross-motion, on or before January 2, 2026. This second and final extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals, coupled with staff shortages due to illness or vacation. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

1

STIPULATION AND ORDER

Dated:   November 5, 2025          /s/HARVEY P. SACKETT
                                   HARVEY P. SACKETT
                                   Attorney for Plaintiff
                                   JULIA A. BARNETT

Dated:   November 5, 2025          /s/OSCAR GONZALEZ DE LLANO
                                   OSCAR GONZALEZ DE LLANO
                                   Special Assistant U.S. Attorney
                                   Social Security Administration
                                   [*As authorized by email 11/5/25]

ORDER

Pursuant to the parties' stipulation, and cause appearing, Plaintiff shall have an extension of time to December 3, 2025, to file her Motion for Summary Judgment.  Defendant shall file any opposition on or before January 2, 2026.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **November 6, 2025**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER