HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA A. BARNETT, ) | Case No. 1:25-cv-00862-BAM |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until February 2, 2025, in which to e-file her Reply Brief which is due on January 2, 2026. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for the United States District Courts and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated:   December 23, 2025         */s/HARVEY P. SACKETT*
                                    HARVEY P. SACKETT

1

STIPULATION AND ORDER

Attorney for Plaintiff
JULIA A. BARNETT

Dated:   December 23, 2025        */s/ROSEANNE C. GILLETTE LAZZAROTTO*
ROSEANNE C. GILLETTE LAZZAROTTO
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 12/23/25]

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

STIPULATION AND ORDER

2

**ORDER**

The Court notes that Plaintiff has been granted two prior extensions of time in this action. On October 2, 2025, Plaintiff was granted a thirty day extension of time in which to file her Motion for Summary Judgment. (Doc. 13.) On November 6, 2025, Plaintiff was granted a further twenty-one day extension of time to file her Motion for Summary Judgment. (Doc. 15.) Plaintiff now requests the Court's approval of the parties' stipulation that Plaintiff shall have a thirty day extension of time in which to file her Reply Brief. (Doc. 20.)

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted an extension of time of thirty (30) days to file her Reply Brief. The Reply Brief shall be filed on or before February 2, 2026. However, Plaintiff is cautioned that the Court will not permit indefinite extensions of time in this matter, and the press of business will not be considered good cause.

IT IS SO ORDERED.

Dated: __December 29, 2025__        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER

3